# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 1:19-cr-89 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| MATTHEW JOHN JURADO | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

## ORDER

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 19) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Count Two of the two-count Indictment; (2) accept Defendant's guilty plea to Count Two of the two-count Indictment; (3) adjudicate Defendant guilty of causing another person to possess child pornography in violation of 18 U.S.C. § 2252(a)(4)(B) and 18 U.S.C. § 2(b); and (4) order that Defendant remain in custody until sentencing in this matter or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 19) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count Two of the two-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Two of the two-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of causing another person to possess child pornography in violation of 18 U.S.C. § 2252(a)(4)(B) and 18 U.S.C. § 2(b); and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place before the undersigned on **January 10, 2020, at 2:00 p.m.**

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**